UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEJERRRY DARNALL POWELL,

        Plaintiff,                         Case No. 2:22-cv-12092
                                                Hon. Denise Page Hood

v.

UNKNOWN SIMISON, ET AL,

        Defendants.
_____/

## ORDER SUMMARILY DISMISSING CASE

On September 6, 2022, DeJerry Darnall Powell, a Michigan inmate, filed a pro se civil rights complaint under 42 U.S.C. § 1983, against three individually named employees of the Parnall Correctional Facility. Plaintiff did not pay the required filing fee, and his application to proceed in forma pauperis failed to include all of the necessary supporting documentation. The Court issued an Order to Correct Deficiency, informing Plaintiff of the documents that were missing from his application, and notifying him that if he did not correct his filing deficiency by October 12, 2022, the case may be dismissed.

Plaintiff responded by filing a document that indicates he does not intend to correct the filing deficiency, and states that "I'm just ready to move on." (ECF No. 6, PageID.25.)

In light of the fact that Plaintiff has informed the Court that he will not be correcting his filing deficiency and does not intend to proceed with this action (Plaintiff has since filed documents requesting action by the Court, but the Court cannot review any further requests without Plaintiff correcting the deficiency), the complaint is **DISMISSED WITHOUT PREJUDICE** for want of prosecution. *See* FED. R. CIV. P. 41(b), *Erby v. Kula*, 113 F. App'x. 74, 75-6 (6th Cir. 2004); *Davis v. United States*, 73 F. App'x. 804, 805 (6th Cir. 2003).

    IT IS SO ORDERED.

s/Denise Page Hood
Hon. Denise Page Hood
United States District Judge

Dated: January 30, 2023